**2014–0186. State v. Ratliff.**
Union App. No. 14–13–10. On motion for delayed appeal. Motion granted.
    O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2014–0190. State v. Garner.**
Columbiana App. No. 11 CO 1, 2012-Ohio-6271. On motion for delayed appeal. Motion denied.

**2014–0203. State v. James.**
Hamilton App. No. C–130256. On motion for delayed appeal. Motion denied.
    KENNEDY and O'NEILL, JJ., dissent.

**2014–0209. Deutsche Bank Natl. Trust Co. v. Finney.**
Franklin App. Nos. 13AP–198 and 13AP–373, 2013-Ohio-4884. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta,* 9th Dist. Medina No. 12CA0025–M, 2012-Ohio-5562; cause consolidated with 2013–2011, *Deutsche Bank Natl. Trust Co. v. Finney,* 10th Dist. Franklin Nos. 13AP–198 and 13AP–373, 2013-Ohio-4884; and briefing schedule stayed.
    LANZINGER, J., determines that a conflict exists but would not hold this cause for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta.*

**2014–0212. State v. Eatmon.**
Scioto App. No. 12CA3498, 2013-Ohio-4812. On motion for delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**2014–0213. State v. Springer.**
Hamilton App. No. C–130147. On motion for delayed appeal. Motion granted.
    O'DONNELL and FRENCH, JJ., dissent.

**2014–0250. State v. Ware.**
Portage App. No. 2013–P–0011, 2013-Ohio-5833. On motion for stay of court of appeals' judgment. Motion denied.
    O'DONNELL, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2013–1947. State v. Black.**
Cuyahoga App. No. 99421, 2013-Ohio-4908. Discretionary appeal accepted; cause held for the decision in 2013–1255, *State v. Rogers,* 8th Dist. Cuyahoga Nos. 98292, 98584, 98585, 98586, 98587, 98588, 98589, and 98590, 2013-Ohio-3235; and briefing schedule stayed.
    PFEIFER, J., dissents.

**2013–1963. J&C Marketing, L.L.C. v. McGinty.**
Cuyahoga App. No. 99676, 2013-Ohio-4805.

**2013–2008. Smith v. Chen.**
Franklin App. No. 12AP–1027, 2013-Ohio-4931.
    PFEIFER and O'DONNELL, JJ., dissent.